ORIGINAL



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SCOTT L. BROWN, M.D., <br><br> Plaintiffs, <br> v. <br><br> PLATINUM HEALTH INFORMATION SYSTEMS, INC., and SK UBCARE CO., LTD., <br><br> Defendants. | Case No.: 14CV1418-MMA (RBB) <br><br> [PROPOSED] ORDER |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

**IT IS HEREBY ORDERED** that,

1. Relator's Complaint, the United States' Notice of Intervention, the Joint Motion for Dismissal, and this Order be unsealed;

2. all Orders of Dismissal be unsealed;

3. all other papers or orders on file in this matter shall remain under seal; and

4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

**IT IS SO ORDERED.**

DATED: 2/25/2016

_/s/ Michael M. Anello_
HON. MICHEAL M. ANELLO
United States District Judge

cc: Counsel for the United States
Counsel for Relator