ORIGINAL

FILED
FEB 2 4 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SCOTT L. BROWN, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> PLATINUM HEALTH INFORMATION SYSTEMS, INC., and SK UBCARE CO., LTD., <br><br> Defendants. | Case No.: 14CV1418-MMA (RBB) <br><br> [PROPOSED] ORDER FOR DISMISSAL OF ACTION |

Pursuant to the Joint Motion for Dismissal filed by Relator and the United States, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Relator's claims in this action are dismissed with prejudice; and

2. The United States' claims against UBCare Co., Ltd., for the Covered Conduct as the term is defined in the Settlement Agreement between the United States, Relator, and UBCare, effective February 10, 2016, are dismissed with prejudice, and all remaining claims in this action are dismissed without prejudice to the United States.

//
//

**IT IS SO ORDERED.**

DATED: 2/23/2016

HON. MICHEAL M. ANELLO
United States District Judge

cc: Counsel for the United States
Counsel for Relator